06164A01

WARRANTY DEED

PARTNERSHIP
FILING DATE 8-29-85
RECORDED VOL 6163 PAGE D/C
RECORDER
FRANKLIN COUNTY, OHIO

KNOW ALL MEN BY THESE PRESENTS: That MUIRFIELD LTD., an Ohio limited partnership (the "Grantor"), in consideration of the sum of One Dollar ($1.00) and other valuable consideration paid, the receipt of which is hereby acknowledged, hereby GRANTS, BARGAINS, SELLS AND CONVEYS to College Properties, 78203 Limited Partnership, an Ohio Limited Partnership (the "Grantee"), whose tax mailing address is P. O. Box 1677, Columbus, Ohio 43216, a certain parcel of real estate situated in the County of Franklin, in the State of Ohio and in the Village of Dublin and bounded and described as follows:

Being Unit No. 6024 of LOCHSLEE CONDOMINIUM, as the same is numbered, designated, delineated and described in the Declaration and drawings thereof, of record, respectively, in Official Records Volume 760, pages B18 through D20, both inclusive, and Condominium Plat Book 15, pages 65 through 71, both inclusive, as amended by the First Amendment of said Declaration and the drawings filed in connection therewith, of record, respectively, in Official Records Volume 1131, pages B07 through B16, both inclusive, and Condominium Plat Book 18, pages 69 through 75, both inclusive, all in the Recorder's Office of Franklin County, Ohio (hereinafter the "subject premises").

This conveyance and the rights hereunder of the Grantee are subject to the Provisions of Chapter 5311 of the Revised Code of Ohio and the terms and provisions of the Declaration of Lochslee Condominium, the Articles of Incorporation and Bylaws of Lochslee Condominium Association and the administrative rules and regulations adopted pursuant thereto, as any of the same may be lawfully amended from time to time.

Recorder's Fee $
JOSEPH W. TESTA, Recorder
Recorded AUG 29 1985 Time 10:15 A.M.
FRANKLIN COUNTY, OHIO

273/18/6

TO HAVE AND TO HOLD the subject premises, with all privileges and appurtenances thereunto belonging, to the Grantee and __its__ successors and assigns forever.

And the Grantor, for itself and its successors, hereby covenants with the Grantee and __its__ successors and assigns that it is LAWFULLY SEIZED IN FEE SIMPLE of the subject premises and has GOOD RIGHT TO SELL AND CONVEY the same; that the subject premises are FREE AND CLEAR OF ALL ENCUMBRANCES WHATSOEVER, except real estate taxes which are a lien but are not currently due and payable; building setback lines, rights-of-ways, easements, covenants, conditions and restrictions of record; legal

TRANSFERRED
AUG 29 1985
PALMER C. McNEAL
AUDITOR
FRANKLIN COUNTY, OHIO

14642
CONVEYANCE TAX
$100.58
PALMER C. McNEAL
FRANKLIN COUNTY AUDITOR

PARTNERSHIP
FILING DATE 11-1-84
RECORDED VOL 4980 PAGE A1
JOSEPH W. TESTA
RECORDER
FRANKLIN COUNTY, OHIO

Exhibit 35

40114

US000115

06164A02

streets and highways; and zoning and building laws, ordinances and regulations; and that the Grantor DOES WARRANT AND WILL FOREVER DEFEND the subject premises, with the appurtenances, unto the Grantee and ___its___ successors and assigns against the lawful claims of all persons whomsoever, except as noted above.

The instruments by which the Grantor claims title to the subject premises are recorded in Official Records Volume 6118, beginning at page H09, in the Recorder's Office of Franklin County, Ohio.

IN WITNESS WHEREOF, the Grantor, MUIRFIELD LTD., acting by and through the duly authorized agents of Golden Bear Muirfield, Inc., an Ohio corporation, as the Managing Partner of The Muirfield Company, a general partnership and the General Partner of Muirfield Ltd., has caused this deed to be executed on its behalf by said authorized agents this __27th__ day of __August__, 1985.

Signed and Acknowledged
in the Presence of:

MUIRFIELD LTD., an Ohio Limited partnership, by THE MUIRFIELD COMPANY, its General Partner, by

GOLDEN BEAR MUIRFIELD, INC., its Managing Partner

BY: _____
JOEL E. SOFRANKO,
Authorized Agent

BY: _____
GAIL L. RIETZ
Authorized Agent

STATE OF OHIO       )
                    ) ss:
COUNTY OF FRANKLIN )

Before me, a Notary Public in and for said County, personally appeared Joel E. Sofranko and Gail L. Rietz, the authorized agents of GOLDEN BEAR MUIRFIELD, INC., an Ohio corporation and the Managing Partner of THE MUIRFIELD COMPANY, a general Partnership and the General Partner of MUIRFIELD LTD., an Ohio limited partnership, known to me to be the persons described in and who executed the foregoing deed, who acknowledged the execution of the same, for and on behalf of said corporation and partnership, as their voluntary act and deed for and as the act and deed of said corporation and partnerships, for the uses and purposes therein mentioned.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my official seal this __27th__ day of __August__, 1985.

_____
NOTARY PUBLIC

DELILAH E. MADDEN
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES SEPT. 25, 1988

This instrument prepared by:
Steven J. McCoy, Attorney at Law
VORYS, SATER, SEYMOUR & PEASE
52 East Gay Street, P.O. Box 1008
Columbus, Ohio  43216-1008

-2-