.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**United States of America,**

      **Plaintiff,**

            Case No.   **2:14-cv-00452**

vs.

            **Judge Marbley**

**Ronald E. Scherer, et al.,**      **Magistrate Judge Jolson**

      **Defendant.**

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

> **PURSUANT TO THE ORDER** filed on 7/26/2017, the Court GRANTS Plaintiff's Motion. Judgment is granted in favor of the Plaintiff and against Defendant Ronald E. Scherer for his liability for federal income taxes for 1990, 1991 and 1992 in the amount of $5,429,482.54, plus statutory accruals as allowed by law from June 30, 2017 until fully paid. Because there is no just reason for delay, this judgment is final under Rule 54(b).

Date:  July 26, 2017                          **Richard W. Nagel, Clerk of Court**

                                                      By:    /s/Eduardo Rivera
                                                                  Eduardo Rivera, Deputy Clerk